No. 125. WHITE ET AL. *v.* CHICAGO LAND CLEARANCE COMMISSION. Supreme Court of Illinois. Certiorari denied. *Heber T. Dotson* and *Richard E. Westbrooks* for petitioners. *Clay Judson* for respondent.

No. 127. HOTEL & RESTAURANT EMPLOYEES' BARTENDERS' INTERNATIONAL UNION, A. F. OF L., ET AL. *v.* RICHARDS-GREENFIELD, INC. Circuit Court of Wayne County, Michigan. Certiorari denied. *Hugh Francis* for petitioners. *Guy W. Moore* for respondent.

No. 128. TILLEY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Arthur M. Fitzgerald* for petitioner. *Solicitor General Perlman* for respondent.

No. 130. MARTIN *v.* COMMISSIONER OF PATENTS. United States Court of Customs and Patent Appeals. Certiorari denied. *Arthur W. Procter* and *Caleb A. Harding* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 131. LABRENZ ET AL. *v.* ILLINOIS EX REL. WALLACE ET AL. Supreme Court of Illinois. Certiorari denied. *Hayden C. Covington* for petitioners. *Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, and *John S. Boyle* for respondents.

No. 132. GENSMER *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied. *John R. Foley, Sr.* and *John R. Foley, Jr.* for petitioner. *J. A. A. Burnquist,* Attorney General of Minnesota, *Charles E. Houston,* As-